**CYNTHIA PEREZ LENZ**
*49th Judicial District Court Reporter*
*1110 Victoria, Suite 304*
*Laredo, Texas  78040*
*Phone (956) 523-4240*
*Fax (956) 523-5051*

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

07/31/15 10:20:13 AM
KEITH E. HOTTLE
Clerk

July 31, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Ste. 3200
San Antonio, Texas  78205-3037

RE:     Cause No.  8044
        Ex Parte Juan Jose Garcia

TO WHOM IT MAY CONCERN:

Attached please find an Affidavit that I was requested by the Texas Department of Public Safety to prepare in the above-referenced case.  As I stated in a previous letter, there was no hearing held on September 29, 2014 in this matter.  Please let me know if you have any questions.  Thank you.

_____
Cyndy Lenz

c:      Calixtro Villarreal, Jr.          Faxed to (956) 487-8670
        102 N. Texas St.
        Rio Grande City, Texas  78582

        Daniel Olds                      e-mailed to daniel.olds@dps.texas.gov
        Crime Records Attorney
        Texas Department of Public Safety
        5805 N. Lamar Blvd.
        Box 4087
        Austin, Texas  78773-0001

STATE OF TEXAS §

ZAPATA COUNTY §

## AFFIDAVIT OF CYNTHIA LENZ, COURT REPORTER

Court of Appeals No.: 04-15-00174-CV
Trial Court No.: 8,044
Trial Court Style: Ex Parte Juan Jose Garcia

Before me, the undersigned notary, on this day personally appeared Cynthia Lenz, the affiant, a person whose identity is known to me. After I administered an oath to the affiant, affiant testified:

I, Cynthia Lenz, am the reporter for the 49th Judicial District Court of Zapata County, Texas. There was no hearing held on September 29, 2014 in the above styled and numbered case.

Cynthia Lenz,
Court Reporter

Sworn to and subscribed before me by Cynthia Lenz on July 31st, 20 15.

Notary Public in and for
The State of Texas

Francisca S Rincon
Notary Public,
State of Texas
Expires: 03/13/2019

My commission expires: 3/13/19

**CYNTHIA PEREZ LENZ**
**49th Judicial District Court Reporter**
**1110 Victoria, Suite 304**
**Laredo, Texas 78040**
**Phone (956) 523-4240**
**Fax (956) 523-5051**

June 10, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Ste. 3200
San Antonio, Texas 78205-3037

RE:     Cause No. 8044
        Ex Parte Juan Jose Garcaa

TO WHOM IT MAY CONCERN:

I am the official court reporter of the 49th District Court in Laredo and Zapata. I go to Zapata for court about twice a month. When there on Monday, April 27, 2015, I received a letter from Texas DPS regarding an appeal in the above-referenced matter. The letter was requesting two dates: January 22, 2013, and September 29, 2014. Upon reviewing my calendar and in speaking with the clerk's office, I determined I was not the reporter there on 01/22/13, and the case was not called on 09/29/14, as we were in a three-week jury trial in Zapata at that time.

I proceeded to call Ms. Betts and advised her of this to ask what she would like me to do. I advised her that in speaking to the clerk's office, they informed me that the case was called on eight separate dates, of which there were six different reporters. There was not an official court reporter when this case began. I advised her of all of the dates, and I advised her of the three hearings I had taken. Ms. Betts advised me that she would like the last transcript, January 6, 2014, filed with the 4th COA. I advised her that it was less than a page long, and no one was present. However, this is the date that she requested be filed.

I simply wanted to explain why I filed the Proceedings heard on January 6, 2014, being that there was no other indication of said date being requested. Please feel free to contact me should you have any questions. Thank you.


/s/ Cynthia Perez Lenz
Cyndy Lenz